IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | )<br>)<br>)<br>) | |
| v. | ) | No.: 21-mj-07174-JBC |
| AVTAR SINGH DHILLON,<br>Defendant. | )<br>)<br>)<br>)<br>) | |

ASSENTED TO MOTION TO MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE

Defendant Avtar Singh Dhillon ("Defendant"), by and through his undersigned attorney, respectfully moves that the Court modify his release conditions to remove electronic monitoring, allow him to travel throughout the State of California without prior notice to the Probation Office, and outside of California, but within the United States, with prior notice to the Probation Office. As grounds therefore, the Defendant states as follows:

1. The Defendant surrendered his passport, posted a $1.5 million bond secured by real estate, and is currently subject to electronic monitoring via a GPS bracelet. He has abided by all conditions of supervision since his release.

2. The Defendant requests that electronic monitoring be removed so that he can more easily work in his businesses located in California and participate in swim and other therapies needed by his young daughter. The government is aware of his daughter's condition and the needed therapy. If directed by the Court, the Defendant will move to make a sealed submission regarding the condition and therapy.

3. The Defendant also requests that he be allowed to travel outside California, but within the United States, for business commitments around the United States, to meet with counsel, and appear in Court as required.

4. Counsel for the Government, Assistant U.S. Attorney James R. Drabick, has assented to the requested relief.  The United States Probation Office also assents to this Motion.

WHEREFORE, for the reasons stated herein, the Defendant respectfully requests that the Court grant this motion and modify the conditions of his release to remove electronic monitoring, allow travel within California without prior notice to the Probation Office, and allow travel outside California, but within the United States, with prior notice to the Probation Office.

| | |
|---|---|
| Dated:  February 8, 2022 | Respectfully submitted, |
| | AVTAR SINGH DHILLON |
| | By his attorney, |
| | */s/ George W. Vien*<br>George W. Vien, BBO #547411<br>DONNELLY, CONROY & GELHAAR, LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>gwv@dcglaw.com<br>(617) 720-2880 |

CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants on this 8th day of February 2022.

*/s/ George W. Vien*